Rudolph A. Telscher *(admitted pro hac vice)*
rtelscher@hdp.com
Kara R. Yancey *(admitted pro hac vice)*
kyancey@hdp.com
HARNESS DICKEY & PIERCE, P.L.C.
7700 Bonhomme, Suite 400
St. Louis, MO 63105
Tel: (314) 726-7500; Fax: (314) 726-7501

John Michael (CA SBN 106107)
Email: jmichael@bakermanock.com
BAKER MANOCK & JENSEN, PC
5260 North Palm, Suite 421
Fresno, CA 93704
Tel: (559)432-5400; Fax: (559)432-5620
**Attorneys for Kurt Enger, River City Food Inc. and Charles Brown**

David S. Corwin *(admitted pro hac vice)*
dcorwin@shercorwin.com
Vicki L. Little *(admitted pro hac vice)*
vlittle@shercorwin.com
SHER CORWIN LLC
190 Carondelet Plaza, Suite 1100
St. Louis, MO 63105
Tel: (314) 721-5200; Fax: (314) 721-5201

William M. Woolman (CA SBN 145124)
wwoolman@aalrr.com
ATKINSON, ANDELSON, LOYA, RUUD & ROMO
5260 North Palm Avenue, Suite 300
Fresno, CA 93704-6700
Tel: (559) 225-6700; Fax: (559) 225-3416
**Attorneys for Cecil Whittaker's, Inc.**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA, BAKERSFIELD DIVISION

| | |
|---|---|
| KURT ENGER, RIVER CITY FOOD, INC. AND CHARLES BROWN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CECIL WHITTAKER'S INC.,<br><br>　　　　　Defendants. | Case No. 1:10-cv-00551<br><br>**JOINT STIPULATION AND REQUEST FOR ORDER OF DISMISSAL WITHOUT PREJUDICE** |

1    Pursuant to Fed. R. Civ. P. 41(a), Plaintiffs Kurt Enger, River City Food, Inc. and Charles Brown and Defendant Cecil Whittaker's Inc. stipulate and agree to dismiss all claims and counterclaims in the above captioned case without prejudice, each party to bear its own costs and expenses.

IT IS SO STIPULATED

Dated:  December 3, 2010                    Respectfully submitted,

By:

*signature*

Rudolph A. Telscher *(admitted pro hac vice)*
rtelscher@hdp.com
Kara R. Yancey *(admitted pro hac vice)*
kyancey@hdp.com
HARNESS DICKEY & PIERCE, P.L.C.
7700 Bonhomme, Suite 400
St. Louis, MO 63105
Tel:  (314) 726-7500; Fax:  (314) 726-7501


John Michael (CA SBN 106107)
Email:  jmichael@bakermanock.com
BAKER MANOCK & JENSEN, PC
5260 North Palm, Suite 421
Fresno, CA 93704
Tel:  (559)432-5400;  Fax: (559)432-5620
***Attorneys for Kurt Enger, River City Food, Inc. and Charles Brown***


Dated:  December 3, 2010                    By:  _/William M. Woolman/____
wwoolman@aalrr.com
ATKINSON, ANDELSON, LOYA, RUUD & ROMO
5260 North Palm Avenue, Suite 300
Fresno, CA 93704-6700
Tel:  559.225.6700; Fax: 559.225.3416

///

///

David S. Corwin
Vicki L. Little
SHER CORWIN LLC
190 Carondelet Plaza, Suite 1100
St. Louis, MO 63105
Tel: 314.721.1516; Fax:  314.721.4434
***Attorneys for Cecil Whittaker's Inc.***

## ORDER

Pursuant to the parties' stipulation, this action is dismissed and the Clerk of the Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated:   December 8, 2010      _____
                              CHIEF UNITED STATES DISTRICT JUDGE